METZGER LAW GROUP
A PROFESSIONAL LAW CORPORATION
RAPHAEL METZGER, ESQ., SBN 116020
SCOTT P. BRUST, ESQ., SBN 215951
401 E. OCEAN BLVD., SUITE 800
LONG BEACH, CA 90802-4966
TELEPHONE: (562) 437-4499
TELECOPIER: (562) 436-1561

Attorneys for Proposed Intervenor-Defendant
COUNCIL FOR EDUCATION AND
RESEARCH ON TOXICS ("CERT")

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA.<br><br>Defendant. | Civil No. 2:19-cv-02019-KJM-EFB<br><br>**JOINT STIPULATION AND ORDER TO GRANT MOTION BY THE COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS ("CERT") TO INTERVENE AS PARTY DEFENDANT**<br><br>DATE: November 22, 2019<br>TIME: 10:00 a.m.<br>ROOM: 3 (15th Floor)<br>JUDGE: Kimberly A. Mueller |

**JOINT STIPULATION AND ORDER TO GRANT MOTION BY THE COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS ("CERT") TO INTERVENE AS PARTY DEFENDANT**

TELEPHONE (562) 437-4499
TOLL-FREE (877) TOX-TORT
TELECOPIER (562) 436-1561
WWW.TOXICTORTS.COM

LAW OFFICES OF
RAPHAEL METZGER
A PROFESSIONAL LAW CORPORATION
401 EAST OCEAN BOULEVARD, SUITE 800
LONG BEACH, CALIFORNIA 90802-4966

PRACTICE CONCENTRATED IN TOXIC
TORT & ENVIRONMENTAL LITIGATION
OCCUPATIONAL & ENVIRONMENTAL LUNG
DISEASE, CANCER, AND TOXIC INJURIES

## STIPULATION

On October 16, 2019, proposed Intervenor-Defendant Council for Education and Research on Toxics ("CERT") filed a motion to intervene (Doc. 8) and motion to dismiss (Doc. 10). The motion to intervene has been set for hearing on November 22, 2019 at 10:00 a.m. (Doc. 16).

On October 18, 2019, Plaintiff California Chamber of Commerce filed and served a statement of non-opposition to CERT's motion to intervene (Doc. 13).

On November 8, 2019, Defendant Xavier Becerra, in his Official Capacity as Attorney General of the State of California, filed and served a notice of non-opposition to CERT's motion to intervene (Doc. 25).

Under Local Rule 143, the parties have met and conferred and have stipulated to request that the Court enter an order granting CERT's motion to intervene, provided the Court believes no hearing is necessary.

IT IS SO STIPULATED.

Dated: November 11, 2019               Respectfully submitted,


                                       By:   /S/ S. ZACHARY FAYNE
                                             Trenton H. Norris
                                             Sarah Esmaili
                                             S. Zachary Fayne
                                             David M. Barnes
                                             ARNOLD & PORTER KAYE SCHOLER LLP
                                             Attorneys for Plaintiff California Chamber of
                                             Commerce

---

2

**JOINT STIPULATION AND ORDER TO GRANT MOTION BY THE COUNCIL
FOR EDUCATION AND RESEARCH ON TOXICS ("CERT") TO
INTERVENE AS PARTY DEFENDANT**

LAW OFFICES OF
RAPHAEL METZGER
A PROFESSIONAL LAW CORPORATION
401 EAST OCEAN BOULEVARD, SUITE 800
LONG BEACH, CALIFORNIA 90802-4966

TELEPHONE (562) 437-4499
TOLL-FREE (877) TOX-TORT
TELECOPIER (562) 436-1561
WWW.TOXICTORTS.COM

PRACTICE CONCENTRATED IN TOXIC TORT & ENVIRONMENTAL LITIGATION OCCUPATIONAL & ENVIRONMENTAL LUNG DISEASE, CANCER, AND TOXIC INJURIES

Dated: November 11, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

By: /S/ JOHN EVERETT
John Everett
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
*Attorneys for Xavier Becerra, Attorney General of the State of California*

Dated: November 11, 2019

Respectfully submitted,

By: /S/ RAPHAEL METZGER
Raphael Metzger, Esq.
METZGER LAW GROUP
*Attorneys for Intervenor Council for Education and Research on Toxics ("CERT")*

## ORDER

The stipulation of the parties is approved and accepted. CERT's motion to intervene is hereby GRANTED. The hearing on the motion, set for November 22, 2019, is vacated.

**IT IS SO ORDERED.**

DATED: November 14, 2019

UNITED STATES DISTRICT JUDGE

3

**JOINT STIPULATION AND ORDER TO GRANT MOTION BY THE COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS ("CERT") TO INTERVENE AS PARTY DEFENDANT**