Trenton H. Norris (CA Bar No. 164781)
Sarah Esmaili (CA Bar No. 206053)
S. Zachary Fayne (CA Bar No. 307288)
David Barnes (CA Bar No. 318547)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:     415.471.3100
Facsimile:     415.471.3400
trent.norris@arnoldporter.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>             Plaintiff,<br><br>     v.<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>             Defendant. | Civil Action No. 2:19-cv-02019-KJM-EFB<br><br>**SECOND AMENDED NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS** |

1. On October 17, 2019, the Notice of Pending Action to Proposition 65 Private Enforcers ("Notice of Pending Action") was served on private enforcers in matters alleging failure to provide Proposition 65 warnings for acrylamide in foods or beverages. On October 23, 2019, after counsel for Environmental Research Center informed me that they had withdrawn and/or settled such Proposition 65 claims, I served an Amendment to Notice of Pending Action to Proposition 65 Private Enforcers ("Amendment to Notice") on counsel for Environmental Research Center, on the California Attorney General, and counsel for Defendant-Intervenor Council for Education and Research on Toxics. Exhibit A to the Amendment to Notice contained a then-current operative list of counsel that represented Proposition 65 private enforcers in matters alleging failure to provide a Proposition 65 warning for acrylamide in foods or beverages.

2. On December 27, 2019, a private enforcer named Brian Fagan filed two 60-day pre-litigation notices of violation of Proposition 65 ("Notices of Violation") for alleged failures to provide Proposition 65 warnings for acrylamide in foods or beverages. Brian Fagan had not filed a 60-day pre-litigation notice of violation of Proposition 65 concerning acrylamide in foods or beverages before December 27, 2019.

3. Attached as Exhibit A to this Second Amended Notice of Pending Action to Proposition 65 Private Enforcers ("Second Amended Notice") is a copy of the October 17, 2019 Notice of Pending Action. Attached as Exhibit B to this Second Amended Notice is an updated operative list of counsel that currently represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for acrylamide in foods or beverages, including counsel for Brian Fagan.

4. I certify that I have caused this Second Amended Notice to be served via FedEx, priority overnight, on the following counsel identified in the December 27, 2019 Notices of Violation as representing Brian Fagan:

> Anthony Graham
> Graham & Associates LLP
> 2901 West Coast Highway, Ste. 200
> Newport Beach, CA 92663

I further certify that I have caused this Second Amended Notice to be served via FedEx, priority overnight, on the following counsel for Defendant-Intervenor Council for Education and Research on Toxics:

> Raphael Metzger
> Scott Brust
> Metzger Law Group
> 555 E. Ocean Boulevard, Suite 800
> Long Beach, CA 90802

I further certify that I have caused this Second Amended Notice to be served via FedEx, priority overnight, on the California Attorney General:

> Xavier Becerra
> Attorney General of the State of California
> 1300 I Street
> Sacramento, CA 95814-2929

Dated: January 9, 2020                By: */s/ Trenton H. Norris*
                                      Trenton H. Norris (CA Bar No. 164781)
                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                      Three Embarcadero Center, 10th Floor
                                      San Francisco, CA 94111
                                      Tel:  (415) 471-3100
                                      trent.norris@arnoldporter.com