XAVIER BECERRA, State Bar No. 118517
Attorney General of California
HARRISON POLLAK, State Bar No. 200879
Supervising Deputy Attorney General
JOSHUA R. PURTLE, State Bar No. 298215
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0098
  Fax:  (510) 622-2270
  E-mail:  Joshua.Purtle@doj.ca.gov
*Attorneys for Xavier Becerra, in his Official Capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE,**<br><br>                      Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>                      Defendant;<br><br>and<br><br>**COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,**<br><br>                      Defendant-Intervenor. | 2:19-CV-02019-KJM-EFB<br><br>**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:          May 15, 2020<br>Time:         10:00 am<br>Courtroom:  3 (15th Floor)<br>Judge:        Hon. Kimberly J. Mueller<br>Trial Date:   None<br>Action Filed: October 7, 2019 |

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 15, 2020, at 10:00 am, or as soon thereafter as the matter may be heard, before the Honorable Kimberly J. Mueller in Courtroom 3 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California, Defendant Xavier Becerra, Attorney General of the State of California, will move this Court to dismiss Plaintiff California Chamber of Commerce's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6); Brillhart v. Excess Insurance Co., 316 U.S. 491 (1942); and Colorado River Water Conservation District v. United States, 424 U.S. 800 (1976).  The motion to dismiss is made on the grounds that (1) Count II of the Amended Complaint fails to state a claim under 42 U.S.C. § 1983; (2) the Court should dismiss Count I for the reasons stated in its March 3, 2020 Order; and (3) dismissal of Counts I and II is warranted under the Colorado River doctrine.

Counsel for Defendant Xavier Becerra hereby certify that on March 25, 2020, they met and conferred with counsel for Plaintiff California Chamber of Commerce regarding the relief requested in this motion.  Counsel discussed the substance of the motion but were not able to negotiate a resolution of the legal issues raised in the motion.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the papers and pleadings on file in this action, and upon such matters as may be presented to the Court at the time of the hearing.

Dated:  March 30, 2020                                Respectfully submitted,

XAVIER BECERRA
Attorney General of California
HARRISON POLLAK
Supervising Deputy Attorney General

/s/ Joshua R. Purtle
JOSHUA R. PURTLE
Deputy Attorney General
*Attorneys for Xavier Becerra, in his Official Capacity as Attorney General of the State of California*

SD2019300528