# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Civil Action No. 2:19-cv-02019-KJM-EFB<br><br>**ORDER** |

Upon consideration of the Joint Stipulation for a Scheduling Order to Brief Plaintiff's Forthcoming Motion for a Preliminary Injunction, and for good cause shown, the Court hereby enters the following schedule:

1. <u>October 30, 2020:</u>  By this date, Plaintiff shall file its motion for a preliminary injunction.

2. <u>November 24, 2020:</u>  By this date, Defendant Xavier Becerra shall file any response to Plaintiff's motion for a preliminary injunction.

3. <u>December 4, 2020:</u>  By this date, Plaintiff shall file any reply in support of its motion for a preliminary injunction.

4. <u>December 11, 2020:</u>  On this date at 10 a.m., the Court will hold a hearing on Plaintiff's motion for a preliminary injunction.

**IT IS SO ORDERED.**

DATED: October 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE