UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Chamber of Commerce,<br><br>Plaintiff,<br><br>v.<br><br>Rob Bonta in his official capacity as Attorney General of the State of California,<br><br>Defendant.<br><br>and<br><br>Council for Education and Research on Toxics,<br><br>Defendant-Intervenor | No. 2:19-cv-02019-KJM-JDP<br><br>ORDER |

The Chemical Toxin Working Group, which is not a party to this litigation, moves for leave to appeal this court's order granting a preliminary injunction, Prev. Order, ECF No. 114. Although the Working Group's filing is a motion, it is incorrectly titled a "Notice of Appeal." *See* ECF No. 122. The motion does not comply with this District's Local Rules. *See, e.g.*, E.D. Cal. L.R. 230. It is therefore **denied without prejudice to renewal** in compliance with those rules, and the notice of appeal is **stricken**.

/////

1       A status (pretrial scheduling) conference by videoconference is set for **May 20, 2021 at**

2 **2:30 p.m.**  The parties shall file a joint report **by May 13, 2021.**

3       IT IS SO ORDERED.

4 DATED:  May 4, 2021.

                                                      CHIEF UNITED STATES DISTRICT JUDGE