POULSEN LAW P.C.
Aida Poulsen, Esq., SBN 333117
282 11th Avenue, Suite 2612
New York, NY 10001
Telephone: (646) 776-5999

ATTORNEYS FOR PROPOSED DEFENDANT-APPELLANT:
THE CHEMICAL TOXIN WORKING GROUP INC.
DBA HEALTHY LIVING FOUNDATION INC.
("HEALTHY LIVING FOUNDATION" OR "HLF")

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>PLAINTIFF,<br><br>vs.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA ("AG"),<br><br>DEFENDANT,<br><br>and<br><br>COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS ("CERT"),<br><br>DEFENDANT-INTERVENOR | Civil Action No. 2:19-cv-02019-KJM-EFB<br><br>**MOTION TO CLARIFY COURT ORDER AND RULE ON AMENDED MOTION FOR LEAVE TO APPEAL AND RENEWED NOTICE OF APPEAL** |

**MOTION TO CLARIFY COURT ORDER AND RULE ON AMENDED MOTION FOR LEAVE TO APPEAL AND RENEWED NOTICE OF APPEAL**

On May 20, 2021, HLF moved ex parte to intervene and for leave to appeal and renew notice of appeal. [Doc 128]. The court denied HLF's ex parte application, but did not rule on the motion for leave to renew notice of appeal and the renewed notice of appeal [Doc 133]. HLF remains in limbo as to the status of its two notices of appeal. HLF moves this Court to clarify its order in regards to those parts of the motion to intervene and to rule on its motion for leave to appeal, renew notice of appeal and the notice of appeal attached to it.

Respectfully submitted,

DATED:    May 30, 2021

/s/ Aida Poulsen

POULSEN LAW P.C.
Aida Poulsen, Esq., SBN 333117
282 11th Avenue, Suite 2612
New York, NY 10001
Telephone: (646) 776-5999
ap@poulsenlaw.org

*Attorneys for Proposed Appellant-Intervenor-Defendant:*
*The Chemical Toxin Working Group Inc. dba Healthy Living Foundation Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2021, I caused the foregoing document, described as **NOTICE OF MOTION; EX PARTE APPLICATION AND REQUEST FOR EXPEDITED HEARING OF PROPOSED DEFENDANT-APPELLANT HEALTHY LIVING FOUNDATION'S MOTION TO JOIN OR INTERVENE, FILE AMENDED MOTION FOR LEAVE TO APPEAL, AND FILE RENEWED NOTICE OF APPEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF AIDA POULSEN; NOTICE OF APPEAL** to be electronically filed with the Court's CM/ECF filing system, which will send a Notice of Electronic Filing to all parties of record who are registered with CM/ECF:

Trenton H. Norris, Esq.
Sarah Esmaili, Esq.
S. Zachary Fayne, Esq.
David M. Barnes, Esq.
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Flr.
San Francisco, CA 94111-4024
(Plaintiff)
Telephone: (415) 471-3100
email: trent.norris@arnolderporter.com

Harrison Pollak, Deputy Attorney General
Joshua Purtle, Deputy Attorney General
Laura Zuckerman
Office of the Attorney General
1515 Clay St., 20th Flr.
Oakland, CA 94612
Telephone: (510) 879-0187
emails: harrison.pollak@doj.ca.gov
joshua.purtle@doj.ca.gov
laura.zuckerman@doj.ca.gov
(Defendant)

Raphael Metzger, Esq.
Scott P. Brust, Esq.

1

Metzger Law Group, APLC
555 E. Ocean Blvd., Suite 800, Long Beach, CA 90802
Telephone number(s): (562) 437-4499
Email(s): rmetzger@toxictorts.com; sbrust@toxictorts.com
(Intervenor-Defendant)

Executed on May 30, 2021.

<u>*/s/ Aida Poulsen*</u>
Aida Poulsen, Declarant