METZGER LAW GROUP
A PROFESSIONAL LAW CORPORATION
RAPHAEL METZGER, ESQ., SBN 116020
SCOTT P. BRUST, ESQ., SBN 215951
555 E. OCEAN BLVD., SUITE 800
LONG BEACH, CA 90802
TELEPHONE: (562) 437-4499
TELECOPIER: (562) 436-1561
WEBSITE: www.toxictorts.com

Attorneys for Intervenor-Defendant,
COUNCIL FOR EDUCATION AND
RESEARCH ON TOXICS ("CERT")

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>    Plaintiff,<br><br>  vs.<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA.<br><br>    Defendant. | Civil No. 2:19-cv-02019-KJM-JDP<br><br>*Assigned to the Hon. Kimberly A. Mueller, Ctrm. 3*<br><br>**OBJECTION BY INTERVENOR-DEFENDANT, COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS TO SCHEDULING CONFERENCE**<br><br>DATE:   August 27, 2021<br>TIME:   10:00 a.m.<br>CTRM:   3 |

**OBJECTION BY INTERVENOR-DEFENDANT, COUNCIL FOR EDUCATION AND
RESEARCH ON TOXICS TO SCHEDULING CONFERENCE**

Intervenor-defendant Council for Education and Research on Toxics (CERT) hereby objects to the Court proceeding with the Scheduling Conference presently set for August 27, 2021.

On August 16, 2021, CERT filed a motion to disqualify Judge Mueller and to stay the proceedings. [ECF no 152] CERT's motion contends that Judge Mueller is disqualified from serving as the judge and the trier of fact in this case and should recuse herself pursuant to 28 USC § 455(b)(1)(2)(4)(5)(i)(iii)(c)(e), or that the case be assigned to another judge for ruling on the disqualification motion pursuant to 28 USC § 144, and the proceedings be stayed until such ruling can be made. 28 USC. § 144 states in relevant part as follows:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, **such judge shall proceed no further therein**, but another judge shall be assigned to hear such proceeding. [emphasis added]

Given CERT's recent discovery of the facts warranting disqualification set forth in support of the motion, CERT's motion is plainly timely. Based on the conflict of interest stated in CERT's motion and the facts set forth in the supporting affidavit, it is CERT's contention that all proceedings in this case must be stayed, and another judge be assigned to hear CERT's disqualification motion, unless Judge Mueller recuses herself in this case.

In light of the foregoing, it is CERT's position that the Scheduling Conference presently set for August 27, 2021 before Judge Mueller cannot proceed. CERT therefore objects to Judge Mueller conducting the Scheduling Conference. If the Scheduling Conference does go forward, CERT's counsel will appear for the sole purpose of expressing CERT's objection to the proceeding on the record, and CERT will then observe, but not participate in the Scheduling Conference, so as not to waive CERT's objection that Judge Mueller is disqualified from proceeding in this case.

DATED: August 25, 2021          METZGER LAW GROUP
                                A Professional Law Corporation

                                /s/ Raphael Metzger

                                _____
                                RAPHAEL METZGER, ESQ.
                                Attorneys for Intervenor-Defendant
                                COUNCIL FOR EDUCATION AND
                                RESEARCH ON TOXICS ("CERT")

**1**

**OBJECTION BY INTERVENOR-DEFENDANT, COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS TO SCHEDULING CONFERENCE**

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, I caused the foregoing document, described as **OBJECTION BY INTERVENOR-DEFENDANT, COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS TO SCHEDULING CONFERENCE**, to be electronically filed with the Court's CM/ECF filing system, which will send a *Notice of Electronic Filing* to all parties of record who are registered with CM/ECF:

Trenton H. Norris, Esq.
Sarah Esmaili, Esq.
S. Zachary Fayne, Esq.
David M. Barnes, Esq.
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Flr.
San Francisco, CA 94111-4024
(Plaintiff)
Telephone: (415) 471-3100
email:  trent.norris@arnolderporter.com

Harrison Pollak, Deputy Attorney General
Joshua Purtle, Deputy Attorney General
Laura J. Zuckerman, Deputy Attorney General
Office of the Attorney General
1515 Clay St., 20th Flr.
Oakland, CA 94612
(Defendant)
Telephone: (510) 879-0098
email: harrison.pollak@doj.ca.gov
joshua.purtle@doj.ca.gov
laura.zuckerman@doj.ca.gov

Aida Poulsen, Esq.
Poulsen Law P.C.
282 11th Ave., Suite 2612
New York, NY 10001
(Proposed Intervenors-Defendants)
email: ap@poulsenlaw.org

I declare that I am employed in the offices of a member of this court, at whose direction service was made.

Executed on August 25, 2021, at Long Beach, California.

/s/ Nina S. Vidal

_____
Nina S. Vidal, Declarant

updated 08/13/21 nsv