Trenton H. Norris (CA Bar No. 164781)
S. Zachary Fayne (CA Bar No. 307288)
David M. Barnes (CA Bar No. 318547)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     415.471.3100
trent.norris@arnoldporter.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA CHAMBER OF
COMMERCE,

Plaintiff,

v.

XAVIER BECERRA, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA,

Defendant.

Civil Action No. 2:19-cv-02019-KJM-EFB

**DECLARATION OF HEATHER WALLACE IN RESPONSE TO INTERVENER COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS' MOTION TO DISQUALIFY THE HON. KIMBERLY J. MUELLER**

## <u>DECLARATION OF HEATHER WALLACE</u>

I, Heather Wallace, declare as follows in response to the motion of Intervener Council for Education and Research on Toxics to disqualify the Hon. Kimberly J. Mueller in the above-captioned action:

1. I am Associate General Counsel for the California Chamber of Commerce ("CalChamber"). I have held this position since 2011.

2. CalChamber is a nonprofit business association with over 13,000 members, both individual and corporate. CalChamber's members include several of the largest businesses in California. Seventy-five percent of its members, however, are small businesses with 100 or fewer employees. CalChamber's members employ millions of Californians. CalChamber represents virtually every economic interest in the State of California. CalChamber acts on behalf of the California business community to improve the state's economic and employment climate by representing business on a broad range of legislative, regulatory, and legal issues.

3. All litigation decisions in this action—from the decision to pursue this litigation in 2019 to decisions about litigation strategy and conduct throughout the pendency of this action—have been made by CalChamber. Specifically, these decisions have been and continue to be made by the Executive Team of CalChamber, in consultation with our inside and outside counsel.

4. The Court requested that CalChamber search its membership records for organizations and individuals with the name Vann or similar names. CalChamber does not disclose or otherwise make public the names of its members without their consent or unless the member has itself publicly confirmed its membership. This policy is not an issue with respect to the Court's request because the Vann family (and businesses that, based on an internet search, appear to be part of the Vann family businesses) are not CalChamber members. Specifically, CalChamber searched for Vann Family; Vann Family Orchards; Vann Brothers Farming; Garnett Vann; William or Bill Vann; and Yolo Hulling & Shelling. These searches found no record of any of these individuals or entities ever having been members of CalChamber.

5. California has many local chambers of commerce. Each is its own separate organization with a separate board of directors, budget, and governance structure. These local

1  chambers of commerce are not subsidiaries or branches of CalChamber, but some are members of

2  CalChamber.  For many years now, local chambers of commerce who are members of CalChamber

3  have been listed publicly in an online directory located at

4  https://advocacy.calchamber.com/resources/local-chambers/.

5       6.     CalChamber searched its membership records for the North Sacramento Chamber of

6  Commerce and confirmed that it is not a current CalChamber member.  The North Sacramento

7  Chamber of Commerce was a member of CalChamber at the time this litigation began in October

8  2019 but its membership has since lapsed.

9       7.     CalChamber also searched its membership records for the Sacramento Metro Chamber

10  of Commerce and confirmed that it has been a member of CalChamber throughout the pendency of

11  this litigation.

12

13       I declare under penalty of perjury of the laws of the United States that the foregoing is true

14  and correct.  Executed this 3rd day of September, 2021, at Sacramento, California.

15

16                                        Heather Wallace
17                                        Heather Wallace

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HEATHER WALLACE