| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 8 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS.

_____

COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,

    Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO,

    Respondent,

CALIFORNIA CHAMBER OF COMMERCE; ROB BONTA, Attorney General of the State of California,

    Real Parties in Interest.

No.   21-71256

D.C. No. 2:19-cv-02019-KJM-JDP
Eastern District of California, Sacramento

ORDER

Before: HAWKINS, WATFORD, and LEE, Circuit Judges.

The mandamus petition is denied without prejudice to the filing of a new petition following the district court's consideration of and decision on the recusal motion.

Petitioner's motion for emergency relief (Docket Entry No. 2) is denied.

**DENIED.**