**FILED**

Oct 01, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>    Plaintiff(s)<br><br>            v.<br><br>XAVIER BECERRA,<br><br>    Defendant(s) | **CORRECTED CLERK'S NOTICE**<br><br><br>Case No.:  2:19-cv-02019 WBS JDP |

The Clerk of Court has been notified that all Sacramento District Judges of the United States District Court have recused in the above captioned case.

This case has been reassigned to District Judge Dale A. Drozd.

The new case number for this action is 2:19-cv-02019 DAD JDP.

                                               /s/ - Keith Holland
                                                    Clerk of Court