F:\WP\Cases\1887\PLEADMOT\DISMISS\Motion to Dismiss - Lack of Jurisdiction\Notice of Motion and Motion Final.wpd

TELEPHONE (562) 437-4499
TOLL-FREE (877) TOX-TORT
TELECOPIER (562) 436-1561
WWW.TOXICTORTS.COM

METZGER LAW GROUP
A PROFESSIONAL LAW CORPORATION
555 EAST OCEAN BOULEVARD, SUITE 800
LONG BEACH, CALIFORNIA 90802

PRACTICE CONCENTRATED IN TOXIC
TORT & ENVIRONMENTAL LITIGATION
OCCUPATIONAL & ENVIRONMENTAL LUNG
DISEASE, CANCER, AND TOXIC INJURIES

1  | METZGER LAW GROUP
A PROFESSIONAL LAW CORPORATION
2  | RAPHAEL METZGER, ESQ., SBN 116020
SCOTT P. BRUST, ESQ., SBN 215951
3  | 555 E. OCEAN BLVD., SUITE 800
LONG BEACH, CA  90802
4  | TELEPHONE:  (562) 437-4499
TELECOPIER: (562) 436-1561
5  | WEBSITE:  www.toxictorts.com

6  | Attorneys for Intervenor-Defendant,
COUNCIL FOR EDUCATION AND
7  | RESEARCH ON TOXICS ("CERT")

8  |                    UNITED STATE DISTRICT COURT

9  |                  EASTERN DISTRICT OF CALIFORNIA

10 |

11 | CALIFORNIA CHAMBER OF          | Civil No. 2:19-cv-02019-DAD-JDP
   | COMMERCE,
12 |                               | *Assigned to the Hon. Dale A. Drozd*
13 |             Plaintiff,
   |                               | **INTERVENOR-DEFENDANT COUNCIL
14 |      vs.                      | FOR EDUCATION AND RESEARCH ON
   |                               | TOXIC'S NOTICE OF MOTION AND
15 | XAVIER BECERRA, IN HIS OFFICIAL | MOTION TO DISMISS FOR LACK OF A
   | CAPACITY AS ATTORNEY GENERAL  | CASE OR CONTROVERSY**
16 | OF THE STATE OF CALIFORNIA,
   |                               | **[MEMORANDUM OF POINTS AND
17 |             Defendant,        | AUTHORITIES AND DECLARATIONS
   |                               | OF RAPHAEL METZGER AND SCOTT
18 | COUNCIL FOR EDUCATION AND     | P. BRUST CONCURRENTLY FILED
   | RESEARCH ON TOXICS,           | HEREWITH]**
19 |
   |             Intervenor-Defendant. | DATE:        December 7, 2021
20 |                               | TIME:        9:30 a.m.
   |                               | COURTROOM:  5
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

F:\WP\Cases\1887\PLEADMOT\DISMISS\Motion to Dismiss - Lack of Jurisdiction\Notice of Motion and Motion Final.wpd

TELEPHONE (562) 437-4499
TOLL-FREE (877) TOX-TORT
TELECOPIER (562) 436-1561
WWW.TOXICTORTS.COM

METZGER LAW GROUP
A PROFESSIONAL LAW CORPORATION
555 EAST OCEAN BOULEVARD, SUITE 800
LONG BEACH, CALIFORNIA 90802

PRACTICE CONCENTRATED IN TOXIC
TORT & ENVIRONMENTAL LITIGATION
OCCUPATIONAL & ENVIRONMENTAL LUNG
DISEASE, CANCER, AND TOXIC INJURIES

1    TO THE PARTIES HERETO AND TO THEIR ATTORNEYS OF RECORD:

2           PLEASE TAKE NOTICE that on December 7, 2021, at 9:30 a.m., in Courtroom 5 of the

3    Robert E. Coyle Courthouse, located at 2500 Tulare Street, Fresno, CA 93721, Intervenor-

4    Defendant, Council for Education and Research on Toxics (CERT), will move the court to dismiss

5    this action for lack of a case or controversy within the Court's Article III jurisdiction.

6           This motion will be made on the following grounds:

7           1.     The present action does not present an "honest and actual antagonistic assertion of

8    rights," as is required to satisfy the case or controversy requirement of Article III, Section 2 of the

9    U.S. Constitution.  *United States v. Johnson* 319 U.S. 302 (1943); and

10          2.     Neither the plaintiff nor the defendant in this case are the real parties in interest, such

11   that the purported dispute between them does not give rise to a case or controversy within the

12   Court's Article III jurisdiction.  *In re Fry*, 2015 WL 572315 at 12 (USBC E.D. Cal., 2015); *Elk*

13   *Grove Unified School District v. Newdow,* 542 U.S. 1, 11–12 (2004).

14          3.     The State has proposed to adopt 27 C.C.R. § 25607.2(b) to resolve this case; its

15   adoption would render this case moot, eliminating any case or controversy if one ever existed.

16          This motion will be based on this Notice, the Memorandum of Points and Authorities

17   attached hereto, the Declarations of Raphael Metzger and Scott P. Brust concurrently filed herewith,

18   the pleadings and papers on file herein, all matters of which the Court may properly take judicial

19   notice, and on such evidence and argument as may be presented at the hearing of this motion.

20          On October 22, 2021, CERT's counsel sent a meet and confer letter to all counsel, seeking

21   a stipulation for the relief requested herein. Counsel for CalChamber responded that it will oppose

22   this motion. The Attorney General's office declined to stipulate to the relief requested in this motion.

23   DATED:  November 1, 2021          METZGER LAW GROUP
                                      A Professional Law Corporation
24

25                                    /s/ Raphael Metzger

26                                    _____
                                      RAPHAEL METZGER, ESQ.
27                                    Attorneys for Intervenor-Defendant
                                      COUNCIL FOR EDUCATION AND
28                                    RESEARCH ON TOXICS ("CERT")

**1**

**INTERVENOR-DEFENDANT CERT'S NOTICE OF MOTION AND
MOTION TO DISMISS FOR LACK OF A CASE OR CONTROVERSY**

F:\WP\Cases\1887\PLEADMOT\DISMISS\Motion to Dismiss - Lack of Jurisdiction\Notice of Motion and Motion Final.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021. I caused the foregoing document, described as **INTERVENOR-DEFENDANT COUNCIL FOR EDUCATION AND RESEARCH ON TOXIC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF A CASE OR CONTROVERSY** to be electronically filed with the Court's CM/ECF filing system, which will send a *Notice of Electronic Filing* to all parties of record who are registered with CM/ECF:

Trenton H. Norris, Esq.
Sarah Esmaili, Esq.
S. Zachary Fayne, Esq.
David M. Barnes, Esq.
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Flr.
San Francisco, CA 94111-4024
(Plaintiff)
Telephone: (415) 471-3100
email: trent.norris@arnoldporter.com

Laura J. Zuckerman, Deputy Attorney General
Office of the Attorney General
1515 Clay St., 20th Flr.
Oakland, CA 94612
(Defendant)
Telephone: (510) 879-0098
email: laura.zuckerman@doj.ca.gov

Megan Hey, Deputy Attorney General
Office of the Attorney General
300 S. Spring St., Suit e1702
Los Angeles, CA 90013
Telephone: (213) 269-6344
email: megan.hey@doj.ca.gov

Rafael J. Hurtado, Deputy Attorney General
State of California Department of Justice
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
(Defendant)
Telephone (619) 321-5780
email: rafael.hurtado@joj.ca.gov

Aida Poulsen, Esq.
Poulsen Law P.C.
282 11th Ave., Suite 2612
New York, NY 10001
(Intervenors-Defendants)
email: ap@poulsenlaw.org

I declare that I am employed in the offices of a member of this court, at whose direction service was made.

Executed on November 1, 2021, at Long Beach, California.

/s/ Nina S. Vidal
_____
Nina S. Vidal, Declarant

TELEPHONE (562) 437-4499
TOLL-FREE (877) TOX-TORT
TELECOPIER (562) 436-1561
WWW.TOXICTORTS.COM

METZGER LAW GROUP
A PROFESSIONAL LAW CORPORATION
555 EAST OCEAN BOULEVARD, SUITE 800
LONG BEACH, CALIFORNIA 90802

PRACTICE CONCENTRATED IN TOXIC
TORT & ENVIRONMENTAL LITIGATION
OCCUPATIONAL & ENVIRONMENTAL LUNG
DISEASE, CANCER, AND TOXIC INJURIES

**INTERVENOR-DEFENDANT CERT'S NOTICE OF MOTION AND
MOTION TO DISMISS FOR LACK OF A CASE OR CONTROVERSY**