F:\WP\Cases\1887\CASEMGMT\Motion for Vacatur\Meet and Confer Declaration.wpd

1  METZGER LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  RAPHAEL METZGER, ESQ., SBN 116020
   SCOTT P. BRUST, ESQ., SBN 215951
3  555 E. OCEAN BLVD., SUITE 800
   LONG BEACH, CA 90802
4  TELEPHONE: (562) 437-4499
   TELECOPIER: (562) 436-1561
5  WEBSITE: www.toxictorts.com

6  Attorneys for Intervenor-Defendant,
   COUNCIL FOR EDUCATION AND
7  RESEARCH ON TOXICS ("CERT")

8                    UNITED STATE DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA CHAMBER OF COMMERCE, | Civil No. 2:19-cv-02019 DAD-JDP |
|---|---|
| Plaintiff, | *Reassigned to the Hon. Dale A. Drozd, Ctrm. 5* |
| vs. | **DECLARATION OF RAPHAEL METZGER REGARDING MEET AND CONFER REGARDING CERT'S MOTION FOR VACATUR OF RULINGS OF THE HONORABLE KIMBERLY J. MUELLER** |
| XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA. | |
| Defendant. | DATE: May 17, 2022<br>TIME: 9:30 a.m.<br>CTRM: 5 |

# DECLARATION OF RAPHAEL METZGER

I, Raphael Metzger, declare as follows:

1. I am an attorney at law, duly licensed and authorized to practice law in the State of California. I am a member of all federal district courts in the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

2. Unless the context indicates otherwise, I have knowledge of the matters set forth hereinafter and, if called as a witness, I would competently testify thereto.

3. My firm represents the Council for Education and Research on Toxics, the Intervenor-Defendant in this action.

4. On March 30, 2022, my firm filed a Motion for Vacatur (Document No. 205) to vacate two rulings of the Honorable Kimberly J. Mueller on the ground that she had unwaivable conflicts of interest at the time she made those rulings. The two rulings were Judge Mueller's granting of CalChamber's motion for a preliminary injunction and her denial of CERT's motion for summary judgment.

5. When I woke up the next morning, I realized that I had inadvertently neglected to meet and confer with counsel for Plaintiff, California Chamber of Commerce, before filing the motion. Accordingly, at 5:59 a.m. the morning of March 31, 2022, I sent an email to Trenton H. Norris, lead counsel for Plaintiff, California Chamber of Commerce, informing him that I just realized that I had neglected to meet and confer with him, and that I therefore sought to do so. Attached hereto as Exhibit "A" is a true and correct copy of my email to Mr. Norris.

6. Mr. Norris responded that he wanted to meet and confer on Monday April 4th at 4:00 p.m. Accordingly, I called Mr. Norris shortly before 4:00 on Monday April 4th to meet and confer, and Mr. Norris and I discussed several issues and concerns that he had regarding the motion. As I anticipated, we were unfortunately unable to resolve the disputes regarding the motion.

7. I apologized to Mr. Norris for my error in not meeting and conferring with him regarding the motion before it was filed and I now also wish to apologize to the Court for my error.

1

DECLARATION OF RAPHAEL METZGER REGARDING MEET AND CONFER REGARDING CERT'S MOTION FOR VACATUR OF RULINGS OF THE HONORABLE KIMBERLY J. MUELLER

8. I request the Court to excuse my dereliction and to rule on my client's motion for vacatur since Mr. Norris and I were unable to resolve the dispute presented by that motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 4, 2022, at Long Beach, California.

/s/ Raphael Metzger

_____
Raphael Metzger

2

DECLARATION OF RAPHAEL METZGER REGARDING MEET AND CONFER REGARDING CERT'S MOTION FOR VACATUR OF RULINGS OF THE HONORABLE KIMBERLY J. MUELLER

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, I caused the foregoing document, described as **DECLARATION OF RAPHAEL METZGER REGARDING MEET AND CONFER REGARDING CERT'S MOTION FOR VACATUR OF RULINGS OF THE HONORABLE KIMBERLY J. MUELLER**, to be electronically filed with the Court's CM/ECF filing system, which will send a *Notice of Electronic Filing* to all parties of record who are registered with CM/ECF:

Trenton H. Norris, Esq.
S. Zachary Fayne, Esq.
David M. Barnes, Esq.
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Flr.
San Francisco, CA 94111-4024
(Plaintiff)
Telephone: (415) 471-3100
email:  trent.norris@arnolderporter.com

Laura J. Zuckerman, Deputy Attorney General
Office of the Attorney General
1515 Clay St., 20th Flr.
Oakland, CA 94612
(Defendant)
Telephone: (510) 879-0098
email: laura.zuckerman@doj.ca.gov

Megan Hey, Deputy Attorney General
Office of the Attorney General
300 S. Spring St., Suit e1702
Los Angeles, CA 90013
Telephone: (213) 269-6344
email: megan.hey@doj.ca.gov

Rafael J. Hurtado, Deputy Attorney General
State of California Department of Justice
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
(Defendant)
Telephone (619) 321-5780
email: rafael.hurtado@joj.ca.gov

Aida Poulsen, Esq.
Poulsen Law P.C.
282 11th Ave., Suite 2612
New York, NY 10001
(Intervenors-Defendants)
email: ap@poulsenlaw.org

I declare that I am employed in the offices of a member of this court, at whose direction service was made.

Executed on April 2, 2022, at Long Beach, California.

/s/ Nina S. Vidal

_____
Nina S. Vidal, Declarant

updated 02/07/22 nsv

**3**

DECLARATION OF RAPHAEL METZGER REGARDING MEET AND CONFER REGARDING CERT'S
MOTION FOR VACATUR OF RULINGS OF THE HONORABLE KIMBERLY J. MUELLER