POULSEN LAW P.C.
Aida Poulsen, Esq., SBN 333117
282 11th Avenue, Suite 2612
New York, NY 10001
Telephone: (646) 776-5999

ATTORNEYS FOR PROPOSED INTERVENOR-DEFENDANT
PENNY NEWMAN

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>PLAINTIFF,<br><br>v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>DEFENDANT,<br><br>and<br><br>COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,<br><br>DEFENDANT-INTERVENOR | Case No. 2:19-cv-02019-ADA-JDP<br><br>**PENNY NEWMAN'S<br>NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE**<br><br>Judge The Hon. Ana de Alba<br>Courtroom 1 |

NEWMAN'S NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

TO THE HONORABLE COURT, TO THE PARTIES HERETO, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 18 C.F.R. § 385.216(a), Ms. Penny Newman hereby withdraws without prejudice her motion to intervene as a defendant, (ECF No. 137), filed on June 20, 2021, in the above captioned matter.

The court has not yet acted on the matter, and the hearing of the motion is not currently scheduled.

This last summer, Ms. Newman's health has been rapidly deteriorating. Considering her advanced age, in addition to her severe chronic health issues associated with exposure to toxic chemicals in 1978 (which ultimately lead to enactment of Proposition 65), in Summer 2022 she has undergone two surgeries, and is scheduled for the third one. Her 86 year old husband is also currently under a major life threatening condition. Therefore, Ms. Newman finds herself physically unable to continue her participation in this prolonged litigation.

Ms. Newman would like to express that she still feels strongly about the case, remains passionate about her lifetime achievement of passing Proposition 65 in her capacity of an official ballot proponent, and about the cause of dangerous chemical toxins that contributed to her and her husband's condition, and regrets that she is forced to withdraw from the case. Ms. Newman hopes that the remaining defendants and intervenors will carry her torch and would not allow the industrial lobby to practically repeal the important public health law- Proposition 65- which appears to be the ultimate goal of this Cal. Chamber's action.

NEWMAN'S NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE  Page 1

Dated: November 2, 2022					Respectfully submitted,

							*/s/ Aida Poulsen*

							POULSEN LAW P.C.
							Aida Poulsen, Esq., SBN 333117
							282 11th Avenue, Suite 2612
							New York, NY 10001
							Telephone: (646) 776-5999
							*Attorneys for Proposed Intervenor-Defendant Penny Newman*

NEWMAN'S NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE Page 2

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I caused the foregoing document, described as PENNY NEWMAN'S NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE. to be electronically filed with the Court's CM/ECF filing system, which will send a Notice of Electronic Filing to all parties of record who are registered with CM/ECF:

Trenton H. Norris, Esq.
Sarah Esmaili, Esq.
Samuel Zachary Fayne, Esq.
David M. Barnes, Esq.
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Flr.
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
trent.norris@arnolderporter.com
sarah.esmaili@arnoldporter.com
zachary.fayne@arnoldporter.com
david.barnes@arnoldporter.com
(Plaintiff)

Harrison Pollak
Joshua Purtle
Megan Hey
Laura J. Zuckerman
Office of the Attorney General
1515 Clay St., 20th Flr.
Oakland, CA 94612
Telephone: (510) 879-0187
harrison.pollak@doj.ca.gov
joshua.purtle@doj.ca.gov
megan.hey@doj.ca.gov
laura.zuckerman@doj.ca.gov
(Defendant)

Raphael Metzger, Esq.
Scott P. Brust, Esq.
Metzger Law Group, APLC
555 E. Ocean Blvd., Suite 800
Long Beach, CA 90802
Telephone: (562) 437-4499
rmetzger@toxictorts.com
sbrust@toxictorts.com
(Intervenor-Defendant)

CERTIFICATE OF SERVICE   Page 1

Richard Drury
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
(510) 836-4200
richard@lozeaudrury.com
(Intervenor-Defendant)

I am attorney of record on this case. and a member of this court.

Executed on November 2, 2022.

/s/ *Aida Poulsen*
Aida Poulsen