ROB BONTA, SBN 202668
Attorney General of California
LAURA J. ZUCKERMAN, State Bar No. 161896
Supervising Deputy Attorney General
MEGAN K. HEY, State Bar No. 232345
RAFAEL J. HURTADO, State Bar No. 292694
Deputy Attorneys General
  300 S Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6344
  Fax: (213) 897-2802
  E-mail: Megan.Hey@doj.ca.gov
*Attorneys for Rob Bonta, in his Official Capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant;<br><br>and<br><br>**COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,**<br><br>Defendant-Intervenor. | Case No. 2:19-cv-02019-ADA-JDP<br><br>**NOTICE REGARDING APPROVED NEW SAFE HARBOR WARNING REGARDING EXPOSURES TO ACRYLAMIDE IN FOOD**<br><br>Judge:    Hon. Ana de Alba<br>Trial Date:  None<br>Action Filed:  October 7, 2019 |

The Attorney General respectfully submits this filing to inform the Court that the proposed rulemaking that was the subject of the Notice filed in October 2021, ECF No. 188, was adopted by California's Office of Environmental Health Hazard Assessment, approved by the Office of Administrative Law on October 26, 2022, and will be effective January 1, 2023. https://oehha.ca.gov/media/downloads/crnr/adoptionnoticeacrylamide110122.pdf (last viewed November 17, 2022). This new regulation provides an additional non-mandatory, safe harbor warning option for businesses that cause significant exposures to acrylamide in food. After January 1, 2023, businesses subject to Proposition 65 will be able to use this warning instead of the more general consumer product safe harbor warning to comply with California law.

The final text of the newly approved safe harbor warning is available at: https://oehha.ca.gov/media/downloads/crnr/finalacrylamideregtext102622.pdf (last viewed November 17, 2022).

The final statement of reasons for the newly approved safe harbor warning is available at: https://oehha.ca.gov/media/downloads/crnr/fsoracrylamideexposuresfromfood102622.pdf (last viewed November 17, 2022).

As the parties noted in their Joint Status Report requested by the Court in August 2022, they disagree about the effect of this new regulation on the litigation. ECF No. 212. The Attorney General will meet and confer with the other parties in this case regarding any anticipated motion practice related to the new regulation.

Dated: November 17, 2022

Respectfully submitted,
ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General

/s/ Megan K. Hey
MEGAN K. HEY
RAFAEL J. HURTADO
Deputy Attorneys General

*Attorneys for Rob Bonta, in his Official Capacity as Attorney General of the State of California*