1  Trenton H. Norris (CA Bar No. 164781)
2  S. Zachary Fayne (CA Bar No. 307288)
   David Barnes (CA Bar No. 318547)
3  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
4  San Francisco, CA 94111
   Telephone:    415.471.3100
5  Facsimile:    415.471.3400
6  trent.norris@arnoldporter.com

7  *Attorneys for California Chamber of Commerce*

8  *Counsel for other parties listed on signature page*

9

10                        **UNITED STATES DISTRICT COURT**

11                        **EASTERN DISTRICT OF CALIFORNIA**

12

13 | CALIFORNIA CHAMBER OF          | Case No. 2:19-cv-02019-ADA-JDP
14 | COMMERCE,                      |
   |                                | The Hon. Ana de Alba
15 |            Plaintiff,          | Courtroom 1
16 |        v.                      | **JOINT REQUEST FOR STATUS AND SCHEDULING CONFERENCE**
17 | ROB BONTA, IN HIS OFFICIAL     |
   | CAPACITY AS ATTORNEY GENERAL   |
18 | OF THE STATE OF CALIFORNIA,    |
   |                                |
19 |            Defendant,          |

**TO THE HONORABLE COURT:**

In further response to the Court's August 31, 2022 minute order (ECF No. 211) and as a supplement to their September 15, 2022 Status Report (ECF No. 212), the parties to this case—Plaintiff, California Chamber of Commerce; Defendant Rob Bonta, in his official capacity as Attorney General of the State of California; and the Council for Education and Research on Toxics, Defendant-in-Intervention—hereby jointly request that the Court set a status and scheduling conference in the near future. The parties propose to submit a joint status report to the Court at least five (5) court days before the scheduled conference, or on such schedule as the Court may order.

Dated: January 9, 2023                    Respectfully submitted,

By: */s/* Trenton H. Norris
Trenton H. Norris
S. Zachary Fayne
David M. Barnes
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100
trent.norris@arnoldporter.com
*Attorneys for Plaintiff California Chamber of Commerce*

Dated: January 9, 2023                    Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General

By: */s/* Megan Hey
MEGAN HEY
RAFAEL J. HURTADO
Deputy Attorneys General
OFFICE OF THE ATTORNEY GENERAL
300 S. Spring Street, #1700
Los Angeles, CA 90013
Tel: (213) 269-6344
megan.hey@doj.ca.gov
*Attorneys for Rob Bonta, Attorney General of the State of California*

| | | |
|---|---|---|
| 1 | Dated: January 9, 2023 | Respectfully submitted, |

By: */s/* Raphael Metzger
Raphael Metzger, Esq.
Scott Brust, Esq.
METZGER LAW GROUP
A Professional Law Corporation
401 E. Ocean Blvd., Suite 800
Long Beach, CA 90802
Tel:  (562) 437-4499
rmetzger@toxictorts.com
*Attorneys for Intervenor-Defendant, Council for Education and Research on Toxics ("CERT")*