Trenton H. Norris (CA Bar No. 164781)
**HOGAN LOVELLS US LLP**
Four Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone:   415.374.2300
Facsimile:   415.374.2499
trent.norris@hoganlovells.com

*Attorneys for California Chamber of Commerce*

*Counsel for other parties listed on signature page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>  Plaintiff,<br><br>  v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>  Defendant. | Case No. 2:19-cv-02019-DJC-JDP<br><br>**STIPULATION AND REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Courtroom:   Courtroom 10 (13th Floor)<br>Judge:   Hon. Daniel J. Calabretta<br>Action Filed:   October 7, 2019 |

**STIPULATION**

The Parties to this action, namely Plaintiff California Chamber of Commerce ("CalChamber"), Defendant Rob Bonta, in his official capacity as Attorney General of the State of California (the "Attorney General"), and Defendant-Intervenor Council for Education and Research on Toxics ("CERT"), hereby stipulate and respectfully request that the Court grant CalChamber leave to file a Second Amended Complaint in this action.

The operative complaint in this action is CalChamber's First Amended Complaint, which was filed on March 16, 2020 (ECF No. 57). CalChamber alleges that Proposition 65's warning requirement for cancer, Cal. Health & Safety Code § 25249.6, as applied to acrylamide in food products, violates the First Amendment of the United States Constitution. *Id.*, Prayer for Relief.

On September 24, 2021, the California Office of Environmental Health Hazard Assessment proposed a regulation to adopt an alternative, non-mandatory "safe harbor" warning for exposures to acrylamide in food products (the "Alternative Warning"). The Parties disagree about the impact of the Alternative Warning on this action. ECF No. 222 at 18-26 (sharing respective positions in Joint Status Report).

The Parties agree, however, that because the Alternative Warning was not in existence at the time CalChamber filed its First Amended Complaint, CalChamber should be granted leave to file a Second Amended Complaint to make its allegation that the Alternative Warning is unconstitutional. The Parties agree that answers to the Second Amended Complaint will be filed by the Attorney General and CERT, respectively, within fourteen (14) days of entry of the Court's order granting this stipulation and joint request. The Parties also agree that CERT's Motion to Dismiss the First Amended Complaint for Lack of Jurisdiction filed on November 1, 2021 (ECF No. 192) should be deemed to apply to CalChamber's Second Amended Complaint *nunc pro tunc*.

The Attorney General and CERT have reviewed CalChamber's proposed Second Amended Complaint and consent to its filing. CalChamber's proposed Second Amended Complaint is attached hereto as **Exhibit A**. A redlined version of CalChamber's Second Amended Complaint that shows the changes it makes to the First Amended Complaint is attached hereto as **Exhibit B**.

1   The Parties submit a Proposed Order with this Stipulation and Joint Request.

2

3   Dated: April 18, 2023                    Respectfully submitted,

4                                            By: */s/* Trenton H. Norris
                                             Trenton H. Norris
5                                            HOGAN LOVELLS US LLP
                                             Four Embarcadero Center, Suite 3500
6                                            San Francisco, CA 94111
                                             Tel:  (415) 374-2300
7                                            trent.norris@hoganlovells.com

8                                            *Attorneys for Plaintiff California Chamber of Commerce*

9

10  Dated: April 18, 2023                    Respectfully submitted,

11                                           ROB BONTA
                                             Attorney General of California
12                                           DENNIS A. RAGEN
                                             Acting Supervising Deputy Attorney General
13
                                             By: */s/* Megan Hey
14                                           MEGAN HEY
                                             LAURA J. ZUCKERMAN
15                                           RAFAEL HURTADO
                                             Deputy Attorneys General
16                                           OFFICE OF THE ATTORNEY GENERAL
                                             1515 Clay Street, 20th Floor
17                                           Oakland, CA 94612
                                             Tel:  (510) 879-1299
18                                           megan.hey@doj.ca.gov

19                                           *Attorneys for Rob Bonta, Attorney General of the State of California*

20

21

22

23

24

25

26

27

28

-2-
STIPULATION AND JOINT REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Dated: April 18, 2023

Respectfully submitted,

By: */s/* Raphael Metzger
Raphael Metzger, Esq.
Scott Brust, Esq.
METZGER LAW GROUP
A Professional Law Corporation
401 E. Ocean Blvd., Suite 800
Long Beach, CA 90802
Tel:  (562) 437-4499
rmetzger@toxictorts.com

*Attorneys for Defendant-Intervenor, Council for Education and Research on Toxics ("CERT")*

STIPULATION AND JOINT REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT