# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>                Plaintiff,<br><br>   v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                Defendant. | Civil Action No. 2:19-cv-02019-DJC-JDP<br><br>**ORDER** |

    Upon consideration of the Parties' Stipulation and Joint Request for Leave to File Second Amended Complaint, and for good cause shown:

    Plaintiff California Chamber of Commerce is granted leave to file the Second Amended Complaint submitted as Exhibit A to the Parties' Stipulation and Joint Request. Defendant Attorney General Rob Bonta and Defendant-Intervenor Council for Education and Research on Toxics ("CERT") shall file answers to the Second Amended Complaint within fourteen (14) days of entry of this Order. Defendant-Intervenor CERT's Motion to Dismiss the First Amended Complaint for Lack of Jurisdiction shall apply to the Second Amended Complaint *nunc pro tunc*.

**IT IS SO ORDERED.**

Dated: April 19, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE