Trenton H. Norris (CA Bar No. 164781)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
trent.norris@hoganlovells.com

*Attorneys for California Chamber of Commerce*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALFORNIA CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 2:19-cv-02019-DJC-JDP<br><br>**NOTICE OF LIFTING OF STAY IN STATE COURT ENFORCEMENT LITIGATION** |

**TO THE COURT, THE CLERK, AND THE PARTIES:**

As a supplement to the Joint Status Report filed March 23, 2023 (ECF No. 222), Plaintiff California Chamber of Commerce ("CalChamber") notes that, on April 19, 2023, the Alameda Superior Court, Judge Evelio Grillo (Department 21) presiding, denied the motion to stay filed by defendants in the related cases of *Kim Embry v. B&G Foods North America, Inc.* (No. RG20057491), *Environmental Health Advocates v. Abimar Foods, Inc.* (No. HG21103377); *Environmental Health Advocates v. The Superior Nut Co.* (No. RG21086067); *Environmental Health Advocates v. A.L. Schutzman Co., Inc.* (No. HG21091818); *Environmental Health Advocates v. FastTrak Foods LLC* (No. RG21104573); *Environmental Health Advocates v. B&G Foods North America, Inc.* (No. RG21086510); *Environmental Health Advocates v. General Mills, Inc.* (No. HG20077077): *Environmental Health Advocates v. Creative Snacks Co., LLC* (No. HG21084353); *Environmental Health Advocates v. Pepperidge Farm, Inc.* (No. HG21086232); *Environmental Health Advocates v. Sprouts Farmers Market, Inc.* (No. RG21086468); *Environmental Health Advocates v. Snyder's-Lance, Inc.* (No. HG21086615); *Environmental Health Advocates v. Natural Intentions, Inc.* (No. HG21102866); *Environmental Health Advocates v. The Hain Celestial Group, Inc.* (No. HG21104490); *Environmental Health Advocates v. Bio-Nutritional Research Group, Inc.* (No. HG21104508). Per stipulation of the parties, Judge Grillo's decision on the motion to stay also applied to 22 additional Proposition 65 enforcement actions which, while not formally related to the above cases, also involve alleged exposures to acrylamide in food products.[1]

These related cases and others pending before Department 21 of the Alameda Superior Court are the largest set of cases in which private enforcers of Proposition 65 are suing manufacturers and retailers for alleged failures to warn consumers of the presence of acrylamide in food products they make and sell in California. These cases had been stayed by stipulation of

---

[1] Judge Grillo has ordered the parties in the state acrylamide cases to identify all cases they believe should be related. At present, there are at least 34 Proposition 65 enforcement lawsuits pending in the Alameda County Superior Court involving alleged exposures to acrylamide in food. All but one of these cases were filed during the period when this Court's preliminary injunction barring the filing of new Proposition 65 enforcement actions for alleged exposures to acrylamide in food was temporarily stayed by the motions panel of the Ninth Circuit Court of Appeals, i.e., from May 27, 2021 to March 17, 2022.

the parties pending the completion of the regulatory process on the Office of Environmental Health Hazard Assessment's proposed alternative safe harbor warning for acrylamide in food, which became effective on January 1, 2023. Defendants in the related cases had moved to reinstate the stay pending the outcome of this litigation in which Plaintiff CalChamber is seeking, *inter alia*, a declaration that the Proposition 65 warning requirement for cancer, as applied to acrylamide in food products, violates the First Amendment of the U.S. Constitution.

Other Proposition 65 enforcement litigation against manufacturers and retailers for alleged failures to warn consumers of the presence of acrylamide in food products they make and sell in California is also proceeding before Department 21 of the Alameda Superior Court in the related cases of *Center for Environmental Health v. Bell-Carter Foods, Inc., et al.* (No. RG17863369) and *Center for Environmental Health v. Sunsweet Growers Inc.* (No. RG17886808) following Department 21's prior denial of those defendants' motion to stay pending the outcome of the litigation before this Court.

CalChamber notes that the defendants in these and other pending cases in California Superior Court are therefore continuing to suffer the irreparable harm noted by this Court in its March 30, 2021 order granting CalChamber's motion for preliminary injunction over two years ago (ECF No. 114) and by the Ninth Circuit in upholding that order over a year ago. *California Chamber of Commerce v. Council for Education and Research on Toxics*, 29 F. 4th 468 (Mar. 17, 2022), *reh'g denied* (Oct. 26, 2022), *cert. denied* (Apr. 17, 2023). This Court's preliminary injunction does not apply to state court litigation seeking to enforce Proposition 65's warning requirement for acrylamide in food that was pending before its issuance and therefore may proceed at the discretion of the parties and the state courts.

Dated:   May 17, 2023                    Respectfully submitted,

                                         HOGAN LOVELLS US LLP


                                         By:  /s/ Trenton H. Norris
                                                 Trenton H. Norris

                                         *Attorneys for
                                         California Chamber of Commerce*