David Barnes (CA Bar No. 318547)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
david.barnes@hoganlovells.com

*Attorneys for California Chamber of Commerce*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALFORNIA CHAMBER OF COMMERCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Defendant,<br><br>COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,<br><br>　　　　　　Intervenor-Defendant, | Case No. 2:19-cv-02019-DJC-JDP<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

Please take notice that as of May 25, 2023, David Barnes, counsel for Plaintiff California Chamber of Commerce, is with the firm of Hogan Lovells US LLP with the following contact information:

> HOGAN LOVELLS US LLP
> David Barnes (CA Bar No.318547)
> 4 Embarcadero Center, Suite 3500
> San Francisco, California  94111
> Direct Telephone: (415) 374-2373
> david.barnes@hoganlovells.com

Dated:  May 25, 2023

Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ David Barnes*
    David Barnes

*Attorneys for*
*California Chamber of Commerce*