Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
David M. Barnes (CA Bar No. 318547)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:   (415) 374-2300
Facsimile:   (415) 374-2499
*Attorneys for California Chamber of Commerce*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 2:19-cv-02019-DJC-JDP<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>**Judge:**          Hon. Daniel J. Calabretta<br>**Action Filed:** October 7, 2019<br>**SAC Filed:**    April 19, 2023<br>**Hearing:**       May 9, 2023 |

1

**JOINT STIPULATION**

1
2   WHEREAS, the Court finalized its Scheduling Order on September 7, 2023 (ECF No.
3   248);
4   WHEREAS, Plaintiff California Chamber of Commerce, Defendant Rob Bonta, in his
5   official capacity as Attorney General of California, and Defendant-Intervenor Council for
6   Education and Research on Toxics (collectively, the "Parties") have made no prior requests for
7   extensions or modifications to the Scheduling Order;
8   WHEREAS, counsel for Defendant have trials in other cases in late April 2024 that
9   conflict with the motion briefing deadlines in the Scheduling Order, and the parties have agreed it
10  will be beneficial to extend the briefing schedule;
11  WHEREAS, due to the Court's order granting the Motion for Preliminary Injunction (ECF
12  No. 114) by Plaintiff, which the U.S. Court of Appeals for the Ninth Circuit upheld on March 17,
13  2022, *see Cal. Chamber of Commerce v. Council for Educ. & Rsch. on Toxics*, 29 F.4th 468 (9th
14  Cir. 2022), the status quo ante is preserved, insofar as possible, during the pendency of the
15  proceedings in this action;
16  WHEREAS, the Parties have met and conferred on modifications to the Scheduling Order
17  and have negotiated a briefing schedule for the anticipated summary judgment motion(s) that they
18  request the Court consider;
19  WHEREAS, the Court has not yet set a trial date or final pretrial conference date;
20  IT IS HEREBY STIPULATED by and among the Parties, by and through their respective
21  attorneys of record, and subject to the approval of the Court, that the Scheduling Order shall be
22  modified as follows:
23      1.  The deadline to **disclose expert witnesses**, previously set for November 17, 2023, be
24          moved to December 15, 2023;
25      2.  The deadline to **disclose expert witnesses for rebuttal** purposes, previously set for
26          December 15, 2023, be moved to January 19, 2024;
27      3.  The cutoff for **fact discovery** remain as January 12, 2024;
28      4.  The cutoff for all **expert discovery**, previously set for January 12, 2024, be moved to

2

March 15, 2024;

5. The deadline to file any **motions** (except motions for continuances, temporary restraining orders, or other emergency applications**)**, previously set for March 22, 2024, be moved to May 10, 2024;

6. The **hearing** on any such motions (except motions for continuances, temporary restraining orders, or other emergency applications), previously set for May 9, 2024 at 1:30 PM, be moved to September 19, 2024 at 1:30 PM, or the next available date for the Court;

7. Consistent with the foregoing, the Parties have agreed to the following briefing schedule on the motion(s) for summary judgment:

   a. Defendant will inform Plaintiff by April 26, 2024 whether he plans to file a cross-motion for summary judgment;

   b. Plaintiff will file its Motion for Summary Judgment ("Motion") by May 10, 2024;

   c. Defendant will file his opposition to Plaintiff's Motion, as well as any cross-motion for summary judgment, by June 21, 2024;

   d. Plaintiff will file its reply in support of its Motion, and its opposition to any cross-motion, by July 26, 2024;

   e. Defendant will file his reply in support of his cross-motion, if any, by August 16, 2024.

Dated:   November 9, 2023                          Respectfully submitted,

                                                   By: _____/s/ Trenton H. Norris_____
                                                   Trenton H. Norris
                                                   HOGAN LOVELLS US LLP
                                                   Four Embarcadero Center, 35th Floor
                                                   San Francisco, CA 94111-4024
                                                   Tel: (415) 374-2300
                                                   trent.norris@hoganlovells.com
                                                   *Attorneys for Plaintiff California Chamber of Commerce*

JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER
CASE NO. 2:19-cv-02019-DJC-JDP

1 | Dated:     November 9, 2023                    Respectfully submitted,

2

3                                                ROB BONTA
                                                Attorney General of California
                                                LAURA J. ZUCKERMAN
4                                                Supervising Deputy Attorney General

5

6                                                By:   /s/ Megan K. Hey
                                                MEGAN HEY
7                                                RAFAEL HURTADO
                                                Deputy Attorneys General
8                                                OFFICE OF THE ATTORNEY GENERAL
                                                300 South Spring Street, Suite 1702
9                                                Los Angeles, CA  90013-1230
                                                Telephone: (213) 269-6344
10                                               E-mail:  Megan.Hey@doj.ca.gov
                                                *Attorneys for Rob Bonta, Attorney General of*
11                                               *the State of California*

12

13 | Dated:     November 9, 2023                    Respectfully submitted,

14

15                                               By:   /s/ Raphael Metzger
                                                Raphael Metzger, Esq.
16                                               Scott Brust, Esq.
                                                METZGER LAW GROUP
17                                               A Professional Law Corporation
                                                401 E. Ocean Blvd., Suite 800
18                                               Long Beach, CA 90802
                                                Tel: (562) 437-4499
19                                               rmetzger@toxictorts.com
                                                *Attorneys for Intervenor-Defendant, Council for*
20                                               *Education and Research on Toxics*

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Based on the Joint Stipulation of the Parties, and good cause appearing therefor, IT IS ORDERED that the Scheduling Order be modified as follows:

1. The deadline to **disclose expert witnesses**, previously set for November 17, 2023, be moved to December 15, 2023;

2. The deadline to **disclose expert witnesses for rebuttal** purposes, previously set for December 15, 2023, be moved to January 19, 2024;

3. The cutoff for **fact discovery** remain as January 12, 2024;

4. The cutoff for all **expert discovery**, previously set for January 12, 2024, be moved to March 15, 2024;

5. The deadline to file any **motions** (except motions for continuances, temporary restraining orders, or other emergency applications), previously set for March 22, 2024, be moved to May 10, 2024;

6. The **hearing** on any such motions (except motions for continuances, temporary restraining orders, or other emergency applications), previously set for May 9, 2024 at 1:30 PM, be moved to September 19, 2024 at 1:30 PM;

7. Consistent with the foregoing, the following briefing schedule shall apply to any **motion(s) for summary judgment**:

   a. Defendant will inform Plaintiff by April 26, 2024 whether he plans to file a cross-motion for summary judgment;

   b. Plaintiff will file its Motion for Summary Judgment ("Motion") by May 10, 2024;

   c. Defendant will file his opposition to Plaintiff's Motion, as well as any cross-motion for summary judgment, by June 21, 2024;

   d. Plaintiff will file its reply in support of its Motion, and its opposition to any cross-motion, by July 26, 2024;

   e. Defendant will file his reply in support of his cross-motion, if any, by

1            August 16, 2024.

2    **IT IS SO ORDERED.**

3

4    Dated:  November 9, 2023                    /s/ Daniel J. Calabretta
                                         _____
5                                        THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28