1   ROB BONTA
    Attorney General of California
2   LAURA J. ZUCKERMAN, State Bar No. 161896
    Supervising Deputy Attorney General
3   MEGAN K. HEY, State Bar No. 232345
    RAFAEL J. HURTADO, State Bar No. 292694
4   ELIZABETH SONG, State Bar No. 326616
    Deputy Attorneys General
5    300 S Spring Street
     Los Angeles, CA 90013
6    Telephone:  (213) 269-6344
     Fax:  (916) 731-2128
7    E-mail:  megan.hey@doj.ca.gov
    *Attorneys for Rob Bonta, in his Official Capacity as*
8   *Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, In His Official Capacity as Attorney General of the State of California,**<br><br>Defendant;<br><br>and<br><br>**COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,**<br><br>Defendant-Intervenor. | 2:19-cv-02019-DJC-JDP<br><br>**ORDER TO MODIFY SCHEDULING ORDER**<br><br>Judge:         Hon. Daniel J. Calabretta<br>Trial Date:   None set<br>Action Filed: October 7, 2019 |

1

**ORDER**

Based on the Joint Stipulation of the Parties, and good cause appearing therefor, IT IS ORDERED that the Scheduling Order be modified as follows:

1. The cutoff for all **expert discovery** previously set for March 15, 2024 shall be moved to April 24, 2024;

2. All other dates in the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  March 1, 2024                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE