UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>             Plaintiff,<br>      v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>             Defendant,<br><br>COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,<br><br>             Defendant-Intervenor. | No. 2:19-cv-02019-DJC-JDP<br><br><br>ORDER |

Pending before the Court is an ex parte application by Defendant Rob Bonta, Attorney General of California, for a modification of the Scheduling Order. (ECF No. 265.) Plaintiff California Chamber of Commerce has opposed. (ECF No. 267.)

Under Rule 16, "a schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court finds that good cause exists to modify the Scheduling Order for the reasons stated in the ex parte application. Accordingly, the Court hereby GRANTS Defendant's ex part application (ECF No. 265), and ORDERS that the dates set forth in the Scheduling Order (ECF No. 246), as

previously modified via the Parties' stipulation (see ECF Nos. 250, 263), be further modified as follows:

1. The cutoff for all expert discovery, previously April 24, 2024, shall be moved to **June 24, 2024**.
2. The deadline for Defendant to inform Plaintiff whether he will file a cross-motion for summary judgment, previously April 26, 2024, shall be moved to **June 27, 2024**.
3. The deadline for Plaintiff to file a motion for summary judgment, previously May 10, 2024, shall be moved to **July 10, 2024**.
4. The deadline for Defendant to file an opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment, if any, previously June 21, 2024, shall be moved to **August 22, 2024**.
5. The deadline for Plaintiff to file a reply in support of the motion for summary judgment and opposition to any cross-motion for summary judgment, previously July 26, 2024, shall be **September 26, 2024**.
6. The deadline for Defendant to file a reply in support of any cross-motion for summary judgment, previously August 16, 2024, shall be **October 16, 2024**.
7. The date of the hearing on the motion for summary judgment and cross-motion for summary judgment, previously September 19, 2024, shall be **November 14, 2024**.
8. All other dates in the Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated: **April 25, 2024**

_Daniel J. Calabretta_
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2