1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  LAURA J. ZUCKERMAN, State Bar No. 161896
   Supervising Deputy Attorney General
3  MEGAN K. HEY, State Bar No. 232345
   RAFAEL J. HURTADO, State Bar No. 292694
4  ELIZABETH SONG, State Bar No. 326616
   Deputy Attorneys General
5   300 S Spring Street
    Los Angeles, CA 90013
6   Telephone:  (213) 269-6344
    Fax:  (916) 731-2128
7   E-mail:  megan.hey@doj.ca.gov
   *Attorneys for Rob Bonta,*
8  *Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his Official Capacity as Attorney General of the State of California,**<br><br>Defendant;<br><br>and<br><br>**COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,**<br><br>Defendant-Intervenor. | 2:19-cv-02019-DJC-JDP<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AS TO EXPERT DISCOVERY CUT-OFF DATE FOR LIMITED PURPOSE**<br><br>Judge:        Hon. Daniel J. Calabretta<br>Trial Date:   None set.<br>Action Filed: October 7, 2019 |

1

**JOINT STIPULATION**

WHEREAS, the Court finalized its Scheduling Order on September 7, 2023 (ECF No. 248 [Scheduling Order]);

WHEREAS, due to the Court's order granting the Motion for Preliminary Injunction (ECF No. 114) by Plaintiff California Chamber of Commerce (CalChamber), which the U.S. Court of Appeals for the Ninth Circuit upheld on March 17, 2022, *see Cal. Chamber of Commerce v. Council for Educ. & Rsch. on Toxics,* 29 F.4th 468 (9th Cir. 2022), the *status quo ante* is preserved, insofar as possible, during the pendency of the proceedings in this action;

WHEREAS, to date, CalChamber, Defendant Rob Bonta, Attorney General of the State of California (Attorney General), and Defendant-Intervenor Council for Education and Research on Toxics (CERT) (collectively, the Parties) have made two joint requests of the Court to modify the Scheduling Order on November 9, 2023 (ECF No. 249) and February 29, 2024 (ECF No. 262) that the Court approved, respectively, on November 9, 2023 (ECF No. 250), and March 4, 2024 (ECF No. 263);

WHEREAS, the Attorney General sought two additional scheduling order modifications by *ex parte* application on April 12, 2024 (ECF No. 265) and by and regularly-noticed motion on April 19, 2024 (ECF No. 268) that the Court granted, respectively, on April 25, 2024 (ECF No. 269), and June 7, 2024 (ECF No. 273);

WHEREAS, CalChamber served a Supplemental Declaration by one of its experts, Stephen M. Nowlis, Ph.D., on August 28, 2024, pursuant to Federal Rule of Civil Procedure 26(e)(1)(A), two business days before the current expert discovery cutoff of September 1, 2024;

WHEREAS, the Parties have met and conferred about requesting that the Court modify the Scheduling Order to extend the expert discovery cutoff from September 1, 2024 to September 16, 2024 for the limited and sole purpose of allowing the Attorney General and CERT to conduct discovery regarding only Dr. Nowlis' Supplemental Declaration, in order to address prejudice to the Attorney General and CERT from

receiving CalChamber's supplemental expert disclosure shortly before the close of discovery; and

WHEREAS, the Court has not yet set a trial date or final pretrial conference date;

**IT IS HEREBY STIPULATED** by and among the Parties, by and through their respective attorneys of record, and subject to the approval of the Court, that the Scheduling Order, as amended on November 9, 2023, March 4, 2024, April 25, 2024, and June 7, 2024, be modified as follows:

1. The September 1, 2024 expert discovery cutoff shall be extended to September 16, 2024, for the sole purpose of allowing the Attorney General and CERT to conduct discovery regarding Dr. Nowlis' Supplemental Declaration;

2. All other dates in the Scheduling Order shall remain unchanged.

Dated:  August 29, 2024                              Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General

*/s/ Megan K. Hey*

MEGAN K. HEY
Deputy Attorney General
*Attorneys for Rob Bonta, Attorney General of the State of California*

Dated:  August 29, 2024                              Respectfully submitted,

*/s/ Trenton H. Norris (with permission)*

TRENTON H. NORRIS
HOGAN LOVELLS US LLP
*Attorneys for Plaintiff
California Chamber of Commerce*

Dated: August 29, 2024

Respectfully submitted,

*/s/ Raphael Metzger (with permission)*

RAPHAEL METZGER, ESQ.
METZGER LAW GROUP
*Attorneys for Intervenor-Defendant Council for Education and Research on Toxics*