1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  LAURA J. ZUCKERMAN, State Bar No. 161896
   Supervising Deputy Attorney General
3  MEGAN K. HEY, State Bar No. 232345
   RAFAEL J. HURTADO, State Bar No. 292694
4  ELIZABETH SONG, State Bar No. 326616
   Deputy Attorneys General
5   300 S Spring Street
    Los Angeles, CA 90013
6   Telephone: (213) 269-6344
    Fax: (916) 731-2128
7   E-mail: megan.hey@doj.ca.gov
   *Attorneys for Rob Bonta, in his Official Capacity*
8  *as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, In His Official Capacity as Attorney General of the State of California,**<br><br>Defendant;<br><br>and<br><br>**COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,**<br><br>Defendant-Intervenor. | 2:19-cv-02019-DJC-JDP<br><br>**ORDER GRANTING REQUEST TO MODIFY SCHEDULING ORDER AS TO EXPERT DISCOVERY CUT-OFF DATE FOR LIMITED PURPOSE**<br><br>Judge:  Hon. Daniel J. Calabretta<br>Trial Date:  None set.<br>Action Filed: October 7, 2019 |

1

# ORDER

Based on the Joint Stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the September 7, 2023 Scheduling Order, as amended on November 9, 2023, March 4, 2024, April 25, 2024, and June 7, 2024 (Scheduling Order), be modified as follows:

1. The September 1, 2024 expert discovery cutoff shall be extended to September 16, 2024, for the sole purpose of allowing the Attorney General and CERT to conduct discovery regarding Dr. Nowlis' Supplemental Declaration; and

2. All other dates in the Scheduling Order shall remain unchanged.

**IT IS SO ORDERED.**

Dated:  August 30, 2024         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING REQUEST TO MODIFY SCHEDULING ORDER
AS TO EXPERT DISCOVERY CUT-OFF DATE FOR LIMITED PURPOSE
(2:19-cv-02019-DJC-JDP)