UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>             Plaintiff,<br><br>       v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>             Defendant. | No.  2:19-cv-02019-DJC-JDP<br><br>**ORDER** |

Upon consideration of the parties' Joint Stipulation to Extend Deadline to File Motion for Summary Judgment and to Set a Modified Briefing Schedule, and for good cause shown, the Court hereby enters the following schedule:

- <u>October 15, 2024</u>: By this date, Plaintiff California Chamber of Commerce shall file its motion for summary judgment.
- <u>November 18, 2024</u>: By this date, Defendant Rob Bonta and Defendant-Intervenor Council for Education and Research on Toxics shall file any responses to Plaintiff's motion for summary judgment.
- <u>December 10, 2024</u>: By this date, Plaintiff shall file any reply in support of its motion for a preliminary injunction.

The hearing on the Motion for Summary Judgment currently set for January 23, 2025 shall remain unchanged.

**IT IS SO ORDERED.**

Dated:  September 30, 2024          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE