METZGER LAW GROUP
A PROFESSIONAL LAW CORPORATION
RAPHAEL METZGER, ESQ., SBN 116020
SCOTT P. BRUST, ESQ., SBN 215951
555 E. OCEAN BLVD., SUITE 800
LONG BEACH, CA 90802
TELEPHONE: (562) 437-4499
TELECOPIER: (562) 436-1561
WEBSITE: www.toxictorts.com

Attorneys for Intervenor-Defendant,
COUNCIL FOR EDUCATION AND
RESEARCH ON TOXICS ("CERT")

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA.<br><br>Defendant. | Civil No. 2:19-cv-2019-DJC-JDP<br><br>*Reassigned to the Hon. Daniel J. Calabretta, Ctrm. 10*<br><br>**DEFENDANT/INTERVENOR COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS' NOTICE OF JOINDER AND JOINDER IN DEFENDANT ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO PLAINTIFF CALIFORNIA CHAMBER OF COMMERCE'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:  January 23, 2025<br>TIME:  1:30 p.m.<br>CTRM:  10 |

**DEFENDANT/INTERVENOR COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS' NOTICE OF JOINDER AND JOINDER IN DEFENDANT ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO PLAINTIFF CALIFORNIA CHAMBER OF COMMERCE'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

     PLEASE TAKE NOTICE that Defendant/Intervenor hereby joins in Defendant Attoney General Rob Bonta's position, opposition and all accompanying papers to Plaintiff California Chamber of Commerce's Motion for Summary Judgment.

DATED:   November 18, 2024       METZGER LAW GROUP
                                          A Professional Law Corporation

                                            */s/ Raphael Metzger*
                                           _____
                                           RAPHAEL METZGER, ESQ.
                                           Attorneys for Defendant/Intervenor
                                           COUNCIL FOR EDUCATION AND
                                           RESEARCH ON TOXICS

**2**

DEFENDANT/INTERVENOR CERT'S NTC OF JOINDER & JOINDER IN Δ AG ROB BONTA'S
OPPOSITION TO PLAINTIFF CALIFORNIA CHAMBER'S MSJ

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I caused the foregoing document, described as **DEFENDANT/INTERVENOR COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS' NOTICE OF JOINDER AND JOINDER IN DEFENDANT ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO PLAINTIFF CALIFORNIA CHAMBER OF COMMERCE'S MOTION FOR SUMMARY JUDGMENT**, to be electronically filed with the Court's CM/ECF filing system, which will send a *Notice of Electronic Filing* to all parties of record who are registered with CM/ECF:

Trenton H. Norris, Esq.
David Barnes, Esq.
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
(Plaintiff CA Chambers)
Telephone: (415) 374-2365
email: trent.norris@hoganlovells.com
david.barnes@hoganlovells.com

Laura J. Zuckerman, Deputy Attorney General
Office of the Attorney General
1515 Clay St., 20th Flr.
Oakland, CA 94612
(Defendant Attorney General Office)
Telephone: (510) 879-0098
email: laura.zuckerman@doj.ca.gov

Megan Hey, Deputy Attorney General
Elizabeth Song, Deputy Attorney General
Office of the Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6344
(Defendant Attorney General Office)
email: megan.hey@doj.ca.gov
elizabeth.song@doj.ca.gov

Rafael J. Hurtado, Deputy Attorney General
State of California Department of Justice
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
(Defendant Attorney General Office)
Telephone (619) 321-5780
email: rafael.hurtado@joj.ca.gov

Aida Poulsen, Esq.
Poulsen Law P.C.
282 11th Ave., Suite 2612
New York, NY 10001
(Intervenor-Defendant Penny Newman)
email: ap@poulsenlaw.org

Craig M. Nichols, Esq.
Jake WE. Schulte, Esq.
Nicholas & Tomasevic, LLP
225 Broadway, 19th Flr.
San Diego, CA 92101
(Defendants Kim Embry and Environmental Health Advocates, Inc.)
Telephone (619) 325-0492
email: cnicholas@nicholaslaw.org
jschulte@nicholaslaw.org

Noam Glick, Esq.
Glick Law Group, PC
225 Broadway, Sutie 2100
San Diego, CA 92101
(Defendants Kim Embry and Environmental Health Advocates, Inc.)
Telephone (619) 382-3400
email: noam@glocklawgroup.com

I declare that I am employed in the offices of a member of this court, at whose direction service was made. Executed on November 18, 2024, at Long Beach, California.

*/s/ Nina S. Vidal*

Nina S. Vidal, Declarant

updated 06/04/24 nsv

**3**

DEFENDANT/INTERVENOR CERT'S NTC OF JOINDER & JOINDER IN Δ AG ROB BONTA'S
OPPOSITION TO PLAINTIFF CALIFORNIA CHAMBER'S MSJ