ROB BONTA, State Bar No. 202668
Attorney General of California
LAURA J. ZUCKERMAN, State Bar No. 161896
Supervising Deputy Attorney General
MEGAN K. HEY, State Bar No. 232345
RAFAEL J. HURTADO, State Bar No. 292694
ELIZABETH SONG, State Bar No. 326616
Deputy Attorneys General
 300 S Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 269-6344
 Fax: (916) 731-2128
 E-mail: megan.hey@doj.ca.gov
*Attorneys for Rob Bonta,
Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his Official Capacity as Attorney General of the State of California,**<br><br>Defendant;<br><br>and<br><br>**COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS,**<br><br>Defendant-Intervenor. | Case No. 2:19-cv-02019-DJC-JDP<br><br>**ORDER**<br><br>Judge:        Hon. Daniel J. Calabretta<br>Trial Date:   None set.<br>Action Filed: October 7, 2019 |

1  Upon consideration of the parties' Joint Stipulation to Modify Hearing Date for
2  Plaintiff's Motion for Summary Judgment, and for good cause shown, the hearing on the
3  Motion for Summary Judgment currently set for January 23, 2025, shall be CONTINUED
4  to February 12, 2025, at 1:30 PM in Courtroom 7.

**IT IS SO ORDERED.**

Dated:  January 15, 2025            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE