1  **HOGAN LOVELLS US LLP**
   Trenton H. Norris (CA Bar No. 164781)
2  David M. Barnes (CA Bar No. 318547)
   Alexander Tablan (CA Bar No. 346309)
3  4 Embarcadero Center, Suite 3500
   San Francisco, CA 94111
4  Telephone:  (415) 374-2300
   Facsimile: (415) 374-2499
5  trent.norris@hoganlovells.com
   david.barnes@hoganlovells.com
6  alexander.tablan@hoganlovells.com

7  Attorneys for Plaintiff

8  CALIFORNIA CHAMBER OF COMMERCE

10                 **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE,<br><br>                      Plaintiff,<br><br>         v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                      Defendant. | Civil Action No. 2:19-cv-02019−DJC−JDP<br><br>**ORDER GRANTING PLAINTIFF CALIFORNIA CHAMBER OF COMMERCE'S AND DEFENDANT THE ATTORNEY GENERAL'S *EX PARTE* APPLICATION TO EXTEND DEADLINES FOR MOTION TO RECOVER ATTORNEY FEES AND COSTS**<br><br>Judge:         Hon. Daniel J. Calabretta<br>Action Filed: October 7, 2019<br>Judgement:   May 12, 2025 |

Presently before the Court is Plaintiff California Chamber of Commerce's ("Plaintiff") and Defendant the Attorney General's ("Defendant") *Ex Parte* Application To Extend Deadlines For Motion To Recover Attorney Fees And Costs ("*Ex Parte* Application").

On May 2, 2025, the Court granted Plaintiff's Motion for Summary Judgment. (ECF No. 301). On May 12, 2025, the Court entered judgment in favor of Plaintiff in accordance with its order granting summary judgment. (ECF No. 303).

Pursuant to Local Rules 230, 293, and Federal Rule of Civil Procedure 54, the current date by which Plaintiff must file a motion to recover attorney fees and costs is May 30, 2025, with any opposition by Defendant due on June 13, 2025, and any reply due on June 23, 2025.

Based on the *Ex Parte* Application, the Memorandum of Points and Authorities, the declaration in support thereof, and good cause appearing therefor, IT IS HEREBY ORDERED that these deadlines be modified as follows:

1. Any motion for fees and costs shall be filed by July 29, 2025;
2. Any opposition shall be filed by August 12, 2025; and
3. Any reply shall be filed by August 22, 2025.

IT IS SO ORDERED.

Dated: May 27, 2025                         /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE