**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
David M. Barnes (CA Bar No. 318547)
Alexander Tablan (CA Bar No. 346309)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com
david.barnes@hoganlovells.com
alexander.tablan@hoganlovells.com

Attorneys for Plaintiff
CALIFORNIA CHAMBER OF COMMERCE

*Counsel for other parties listed on signature page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE**, <br><br> Plaintiff, <br><br> v. <br><br> **ROB BONTA**, in His Official Capacity as Attorney General of the State of California, <br><br> Defendant; <br><br> and <br><br> **COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS**, <br><br> Defendant-Intervenor. | Case No. 2:19-cv-02019−DJC−JDP <br><br> **JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR PLAINTIFF CALIFORNIA CHAMBER OF COMMERCE TO FILE MOTION FOR ATTORNEY FEES AND NONTAXABLE COSTS** <br><br> Judge:     Hon. Daniel J. Calabretta <br><br> Action Filed:  October 7, 2019 |

# JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR MOTION FOR ATTORNEY FEES AND NONTAXABLE COSTS

Pursuant to Fed. R. Civ. P. 6 and Local Rule 144, Plaintiff California Chamber of Commerce ("CalChamber"), Defendant Rob Bonta, in his Official Capacity as Attorney General of the State of California ("Attorney General"), and Defendant-Intervenor Council for Education and Research on Toxics ("CERT") (collectively, "Parties"), respectfully request that this Court grant this Joint Stipulation to continue the briefing schedule for motion for attorney fees and nontaxable costs.

1. On May 2, 2025, the Court granted CalChamber's Motion for Summary Judgment. ECF No. 301.

2. On May 12, 2025, the Court entered judgment in favor of CalChamber. ECF No. 303.

3. On May 15, 2025, CalChamber filed a bill of costs. ECF No. 305. On May 22, 2025, the Attorney General filed objections to the bill of costs. ECF No. 307. The Court has informed the Parties that it will rule on CalChamber's cost bill on the pleadings. ECF No. 315.

4. On May 23, 2025, after being unable to ascertain CERT's position on the proposed extension of time, CalChamber and the Attorney General applied *ex parte* to the Court for an order extending the deadline for CalChamber to file a motion to recover fees and costs pursuant to 42 U.S.C. section 1988 and Local Rule 293, along with the deadlines for the opposition and the reply to that motion ("*Ex Parte* Application"). ECF No. 310.

5. On May 28, 2025, this Court granted the *Ex Parte* Application, ordering that "[a]ny motion for fees and costs shall be filed by July 29, 2025;" "[a]ny opposition shall be filed by August 12, 2025;" and [a]ny reply shall be filed by August 22, 2025." ECF No. 311.

6. On June 2, 2025, the Attorney General filed his Notice of Appeal. ECF No. 312.

7. On June 4, 2025, the appeal was processed and docketed before the Court of Appeals for the Ninth Circuit. Dkt. No. 25-03534, ECF No. 1.

8. CalChamber and the Attorney General are participating in the Ninth Circuit's mediation program and have agreed to mediate their remaining disputes, including

-1-

1  CalChamber's claim for attorney fees and nontaxable costs.

2  9. To facilitate this mediation and related discussions, the Parties agree that the deadline for CalChamber to file its motion to recover attorney's fees and nontaxable costs should be continued indefinitely, pending the outcome of the mediation. Accordingly, the briefing schedule for the Motion to Recover Attorney's Fees and Nontaxable Costs should be vacated.

10. The Parties will apprise the Court promptly upon completion of the mediation of either the resolution of their disputes or their proposed schedule for briefing CalChamber's motion for attorney fees and nontaxable costs pursuant to Rule 54, Federal Rules of Civil Procedure, and Local Rule 293.

11. There has been only one other extension requested in this case, described above, for a 60-day period.

12. This request is not made for the purpose of delay, but to allow time for the above-referenced discussions.

13. The Parties reserve all rights not specifically waived above.

**WHEREFORE**, the Parties stipulate that the briefing deadlines set forth in the Court's May 28, 2025 order, ECF No. 311, be VACATED pending the resolution of the mediation before the Ninth Circuit.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

Dated: July 22, 2025                    Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris
*Attorneys for Plaintiff*
*California Chamber of Commerce*


Rob Bonta
Attorney General of California
Laura J. Zuckerman
Supervising Deputy Attorney General

By: */s/ Megan K. Hey*
Megan K. Hey
Rafael J. Hurtado
Elizabeth Song
Deputy Attorneys General

By: */s/ Raphael Metzger (by permission)*
Raphael Metzger
*Attorneys for Defendant-Intervenor Council for*
*Education and Research on Toxics*

**IT IS SO ORDERED**.

Dated:  July 22, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE