**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
Alexander Tablan (CA Bar No. 346309)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com
alexander.tablan@hoganlovells.com

Attorneys for Plaintiff
CALIFORNIA CHAMBER OF COMMERCE

*Counsel for other parties listed on signature page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE**, <br><br> Plaintiff, <br><br> v. <br><br> **ROB BONTA**, in His Official Capacity as Attorney General of the State of California, <br><br> Defendant; <br><br> and <br><br> **COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS**, <br><br> Defendant-Intervenor. | Case No. 2:19-cv-02019−DJC−JDP <br><br> **JOINT STATUS REPORT** <br><br> Judge:      Hon. Daniel J. Calabretta <br><br> Action Filed:  October 7, 2019 |

## JOINT STATUS REPORT

In their Joint Stipulation to Continue Briefing Schedule for Motion for Attorney Fees and Nontaxable Costs (ECF No. 317), Plaintiff California Chamber of Commerce ("CalChamber") and Defendant Rob Bonta, in his Official Capacity as Attorney General of the State of California ("Attorney General") (collectively, "Parties") noted that they "will apprise the Court promptly upon completion of the mediation" before the Ninth Circuit's mediation program.  The Parties have resolved their remaining disputes, and on April 1, 2026, they entered into a settlement agreement. Pursuant to the settlement agreement, payment of the settlement amount is contingent upon approval by the California Department of Finance, the Attorney General, and the State Legislature's enactment of a claims bill authorizing the settlement payment. The Attorney General approved the settlement, but approval from the California Department of Finance and the enactment of a claims bill authorizing the settlement payment remain pending.

Dated: April 6, 2026                          Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris
*Attorneys for Plaintiff*
*California Chamber of Commerce*


Rob Bonta
Attorney General of California
Laura J. Zuckerman
Supervising Deputy Attorney General

By: */s/ Rafael J. Hurtado*
Megan K. Hey
Rafael J. Hurtado
Elizabeth Song
Deputy Attorneys General